Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−12238−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Priscilla Galligani
   aka Priscilla Johnson
   29 Graypebble Circle
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1851

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/5/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 5, 2018
JAN: cmf

                                                                    Jeanne Naughton
                                                                    Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                            Case No. 15-12238-JNP
Priscilla Galligani                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 3      Date Rcvd: Sep 05, 2018
                              Form ID: 148                Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db             +Priscilla Galligani,    29 Graypebble Circle,    Sicklerville, NJ 08081-1665
cr             +DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +GREEN TREE SERVICING LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +LAKEVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
515319584      +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
515319586      +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
515366477      +COLLEGE LOAN CORP on behalf of MHEAC d/b/a ASA,     c/o MHEAC d/b/a ASA,
                 100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
515319591      +Children’s Hospital of Philadelphia,    3401 Civic Center Boulevard,
                 Philadelphia, PA 19104-4319
515344987      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515319604      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
515556460       GREEN TREE SERVICING LLC,    Green Tree Services LLC,    PO BOX 44265,
                 Jacksonville, FL. 32231-4265
515319607      +Humphreys Pest Control,    100 S. Easton Road,    Glenside, PA 19038-4001
515319608      +Jay C. Johnson,    29 Graypeeble Circle,    Sicklerville, NJ 08081-1665
516461200      +LAKEVIEW LOAN SERVICING, LLC,    LOANCARE, LLC,    P.O. BOX 8068,    VIRGINIA BEACH, VA 23450-8068
516461201      +LAKEVIEW LOAN SERVICING, LLC,    LOANCARE, LLC,    P.O. BOX 8068,    VIRGINIA BEACH, VA 23450,
                 LAKEVIEW LOAN SERVICING, LLC,    LOANCARE, LLC 23450-8068
516122438     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515319612      +South Jersey Gas,    142 South Main Street,    Glassboro, NJ 08028-2591
515498472       U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184
515330358      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 00:31:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 00:31:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515319582      +E-mail/Text: bknotices@conduent.com Sep 06 2018 00:32:03      Acs/Clc College Loan C,
                 501 Bleecker St,    Utica, NY 13501-2401
515366283       EDI: GMACFS.COM Sep 06 2018 03:43:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
515319583      +EDI: GMACFS.COM Sep 06 2018 03:43:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
515319585       EDI: BANKAMER.COM Sep 06 2018 03:43:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
515319587       EDI: CAPITALONE.COM Sep 06 2018 03:43:00      Cap One,    Po Box 85520,    Richmond, VA 23285
515477340      +E-mail/Text: bankruptcy@cavps.com Sep 06 2018 00:31:34      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515319589      +EDI: CHASE.COM Sep 06 2018 03:48:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515319593      +EDI: CITICORP.COM Sep 06 2018 03:43:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
515319595      +EDI: WFNNB.COM Sep 06 2018 03:43:00      Comenity Bank/Crt&Brrl,    Po Box 182789,
                 Columbus, OH 43218-2789
515319596      +EDI: WFNNB.COM Sep 06 2018 03:43:00      Comenity Bank/Express,    Po Box 182789,
                 Columbus, OH 43218-2789
515319598      +EDI: WFNNB.COM Sep 06 2018 03:43:00      Comenity Bank/Limited,    Po Box 182789,
                 Columbus, OH 43218-2789
515319599      +EDI: WFNNB.COM Sep 06 2018 03:43:00      Comenity Bank/Pier 1,    4590 E Broad St,
                 Columbus, OH 43213-1301
515319600      +EDI: WFNNB.COM Sep 06 2018 03:43:00      Comenity Bank/Vctrssec,    Po Box 182789,
                 Columbus, OH 43218-2789
515319602       EDI: DISCOVER.COM Sep 06 2018 03:43:00      Discover Financial Ser,    Po Box 30954,
                 Salt Lake City, UT 84130
515348484      +EDI: TSYS2.COM Sep 06 2018 03:43:00      Department Stores National Bank For Bloomingdales,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
515328996       EDI: DISCOVER.COM Sep 06 2018 03:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
515319601      +EDI: DISCOVER.COM Sep 06 2018 03:43:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
515486468       EDI: ECAST.COM Sep 06 2018 03:43:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
516293964       EDI: ECMC.COM Sep 06 2018 03:43:00      Educational Credit Management Corporation,
                 PO Box 16408,    St. Paul, MN 55116-0408
```

```
District/off: 0312-1            User: admin                 Page 2 of 3                  Date Rcvd: Sep 05, 2018
                                Form ID: 148                Total Noticed: 69


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516293965         EDI: ECMC.COM Sep 06 2018 03:43:00       Educational Credit Management Corporation,
                  PO Box 16408,    St. Paul, MN 55116-0408,    Educational Credit Management Corporatio,
                  PO Box 16408,    St. Paul, MN 55116-0408
515319606         EDI: RMSC.COM Sep 06 2018 03:43:00       Green Tree Servicing L,    332 Minnesota St Ste 610,
                  Saint Paul, MN 55101
515319609        +EDI: TSYS2.COM Sep 06 2018 03:43:00       Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
515319610        +E-mail/Text: bnc@nordstrom.com Sep 06 2018 00:30:26       Nordstrom Fsb,    Po Box 6555,
                  Englewood, CO 80155-6555
515554256        +EDI: JEFFERSONCAP.COM Sep 06 2018 03:48:00       Nordstrom Fsb,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
517386003         EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541
517386004         EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
515558013         EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,    c/o H H Gregg,
                  POB 41067,    Norfolk VA 23541
515559244         EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,
                  POB 41067,    Norfolk VA 23541
515559600         EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,    c/o Lowes,
                  POB 41067,    Norfolk VA 23541
515558103         EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,    c/o Old Navy,
                  POB 41067,    Norfolk VA 23541
515559359         EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,
                  c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
515558123         EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                  POB 41067,    Norfolk VA 23541
515558089         EDI: PRA.COM Sep 06 2018 03:43:00       Portfolio Recovery Associates, LLC,
                  c/o Tjx Rewards Platinum Mastercard,    POB 41067,    Norfolk VA 23541
515414689         EDI: Q3G.COM Sep 06 2018 03:43:00       Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
516227928        +EDI: Q3G.COM Sep 06 2018 03:43:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                  MOMA Funding LLC 98083-0788
516227927         EDI: Q3G.COM Sep 06 2018 03:43:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
515319611        +EDI: SEARS.COM Sep 06 2018 03:43:00       Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
515319613        +EDI: RMSC.COM Sep 06 2018 03:43:00       Syncb/Gap,    Po Box 965005,    Orlando, FL 32896-5005
515319614        +EDI: RMSC.COM Sep 06 2018 03:43:00       Syncb/Hh Gregg,    Po Box 965036,
                  Orlando, FL 32896-5036
515319615        +EDI: RMSC.COM Sep 06 2018 03:43:00       Syncb/Lord & Tay,    Po Box 965015,
                  Orlando, FL 32896-5015
515319616        +EDI: RMSC.COM Sep 06 2018 03:43:00       Syncb/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
515319617        +EDI: RMSC.COM Sep 06 2018 03:43:00       Syncb/Old Navy,    Po Box 965005,
                  Orlando, FL 32896-5005
515319618        +EDI: RMSC.COM Sep 06 2018 03:43:00       Syncb/Tjx Cos Dc,    Po Box 965005,
                  Orlando, FL 32896-5005
515554864         EDI: RMSC.COM Sep 06 2018 03:43:00       Synchrony Bank,    c/o Recovery Management Systems Corp,
                  25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515395096        +E-mail/Text: bncmail@w-legal.com Sep 06 2018 00:31:21       TD BANK USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515319619        +EDI: WTRRNBANK.COM Sep 06 2018 03:43:00       Td Bank Usa/Targetcred,    Po Box 673,
                  Minneapolis, MN 55440-0673
515319620        +EDI: CITICORP.COM Sep 06 2018 03:43:00       Thd/Cbna,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
515319621        +E-mail/Text: vci.bkcy@vwcredit.com Sep 06 2018 00:31:20       Vw Credit Inc,    1401 Franklin Blvd,
                  Libertyville, IL 60048-4460
                                                                                              TOTAL: 50

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Jefferson Capital Systems LLC
515319588*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
515319590*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515319592*      +Children's Hospital of Philadelphia,     3401 Civic Center Boulevard,
                  Philadelphia, PA 19104-4319
515319594*      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
515319597*      +Comenity Bank/Express,     Po Box 182789,    Columbus, OH 43218-2789
515319603*     ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial Ser,      Po Box 30954,    Salt Lake City, UT 84130)
515319605*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
                                                                                             TOTALS: 1, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Sep 05, 2018
                              Form ID: 148             Total Noticed: 69
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
          David   Reinherz    on behalf of Debtor Priscilla   Galligani reinherzlaw@gmail.com,
           reinherzlaw@aol.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
                                                                                             TOTAL: 7
```